**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | | **ORDER** |
| Stephen Cleveland and Amy Cleveland Residence, ) | | |
| 46 1st Street South  ) | | |
| Wilton, North Dakota 58579  ) | | Case No. 1:07-mj-060 |

The court hereby **GRANTS** the Government's Motion to Seal all materials associated with the issuance of the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant and supporting affidavit, Search Warrant Return, the Government's motion, and this order.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2007.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Juge